UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
MAY 21 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:25-cr-114-KDB |
| v. | **BILL OF INDICTMENT** |
| TAQUAN BEECHAM | Violation: 18 U.S.C. § 922(g)(1) |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Convicted Felon)*

On or about February 14, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**TAQUAN BEECHAM,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess one or more firearms, to wit: a Glock, Model 42, 380 caliber, pistol and a Stoeger, Model STR-9, 9 mm caliber, pistol; in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c):   all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

    (a)    Glock, Model 42, 380 caliber, pistol, S/N: ACDA447;
    (b)    Stoeger, Model STR-9, 9mm caliber, pistol, S/N: T6429-21U01844; and
    (c)    All ammunition seized in this investigation on February 14, 2025.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

DANIEL RYAN
ASSISTANT UNITED STATES ATTORNEY